# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLOVER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:13-cv-1620-MEJ |
| v. | ) |
| | ) |
| ALLIED INTERSTATE, LLC f/k/a | ) [~~PROPOSED~~] ORDER |
| ALLIED INTERSTATE, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based on the Stipulation of counsel, the case is dismissed with prejudice.

Date: __July 25, 2013__          _____
                                  Hon. Maria-Elena James
                                  United States District Judge