Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GLOVER, ) | |
| ) | |
| Plaintiff, ) | Case No.: 3:13-cv-1620-MEJ |
| v. ) | |
| ) | |
| ALLIED INTERSTATE, LLC f/k/a ) | |
| ALLIED INTERSTATE, INC., ) | **SATISFACTION OF JUDGEMENT** |
| ) | |
| Defendants. ) | |
| ) | |

TO THE CLERK:

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

|  |  |
|---|---|
| Date: September 3, 2013 | /s/ Amy L. Bennecoff<br>Amy L. Bennecoff, Esquire<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Fax: (215) 540-8817<br>Email: abennecoff@creditlaw.com<br>Attorney for the Plaintiff |

## Certificate of Service

I hereby certify that on this 3rd day of September, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Brett B. Goodman, Esquire
    Reed Smith, LLP
    Email: bgoodman@reedsmith.com

    */s/ Amy L. Bennecoff*
    Amy L. Bennecoff, Esquire
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (215) 540-8817
    Email: abennecoff@creditlaw.com
    Attorney for the Plaintiff